IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIKA MONIKA GUZMAN MORQUECHO,

      Plaintiff,

vs.                                                      No. CV 14-1004-SMV

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security Administration,**

      Defendant.

## STIPULATED ORDER AWARDING ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT (EAJA)

THIS MATTER having come before the Court upon Plaintiff's Stipulated Motion for Attorney Fees Under Equal Access to Justice Act (Doc. # 28), the Court FINDS that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that attorney fees be, and hereby are, awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), payable to Plaintiff in care of his attorney in the amount of $1,090.40.  See Astrue v. Ratliff, 130 U.S. 2521 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to Weakley v. Bowen, 803 F.2d 575, 580 (10th Cir. 1986).

DATED this __25th__ day of August 2015.

                                                                                                          _____
                                                                               The Honorable Stephan M. Vidmar
                                                                                  United States Magistrate Judge

SUBMITTED BY:

*s/ Feliz M. Martone*
Feliz M. Martone
Attorney for Plaintiff

*Email approval 8/24/15*
Douglas Fletcher
Attorney for Defendant